FILED
JAN 30 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Copies to: Judge
AUSA – Special Proceedings
Dft.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WASHINGTON DC DIVISION

| | | |
|---|---|---|
| KEVIN M. COBBS | ) | Case No: 98-0398-03-RWR |
| Defendant | ) | Defendant Request To Waiver His |
| | ) | Initial Appearance on a Preliminary |
| -vs- | ) | Hearing To Violate His Probation |
| | ) | Violation |
| UNITED STATES OF AMERICA | ) | |
| Respondent | ) | |
| _____ | ) | |

DEFENDANT REQUEST TO ENTER A PLEAD OF GUILTY

AND WAIVE HIS INITIAL APPEARANCE TO HIS

PROBATION VIOLATION WITHOUT A PRELIMINARY

HEARING TO RUN HIS SENTENCE CONCURRENT

COMES NOW, Kevin M. Cobbs, Register No: 23668-016 respectfully hereby submit my request to waive all my rights to my probation condition without a preliminary hearing. Which defendant has served approximately (64) month of imprisonment under a judgment that was imposed by the Superior Court. The defendant has been advised that there are, a outstanding citation; warrant of his probation violation condition that pending in the jurisdiction of this honorable District Court. Which defendant hereby want this Honorable Court, to violate his condition and run his term of imprisonment concurrent with his term of imprisonment with the Superior Court sentences. Therefore, defendant Kevin M. Cobbs like to revoke his conditions under District Court



requirement because his involment with another criminal charge that was in the Superior Court. Which the defendant is already a Federal custody by the B.O.P. serving a term of (64)months.

On January 30, 2001, the defendant was convicted of Possession With Intent to Distribute Heroin and Aiding and Abetting in United States District Court in the case number above this petition. This Honorable District Court sentenced the defendant to (33)months incarceration followed by (3)years of Supervised release. The probation officer Mr. Pedro Tavarez had reported that defendant has not non-compliant throughout his supervision period. But the defendant had failed his condition under his supervision release. As a result an Alleged Violation Report was submitted on November 2, 2005 and a bench warrant was issued on December 15, 2006 after the defendant failed to appear for a scheduled Show Cause Hearing. On February 14, 2006, the defendant was arrested in the instant offense and the open bench warrant was executed. Then, on May 2, 2006, the probation supervision was revoked for non-compliance and he was sentenced to time served.

The outstanding warrant pending against defendant stop him from participating in other program.

> The U.S. District Court have the power, when
> in the opinion of authority under District
> Court of the statute to violate his condition,

but it does not say that District Court, shall release defendant on his probation shall order his release (instead, the District Court empower) the probation and Parole Board of Department of Correction to place one on probation or parole, believe interest of prisoner in community. Probation is like parole, is matter of grace of in the state. That it is a privilege and not as a matter of fundamental right.

Defendant knowingly, intelligently and voluntarily enter plea of guilty and waive his right to be present at legal defense to the violation. But defendant request to waive a revocation processing to addressing violation to the law. Defendant recognize the detainer against for the probation violation.

Based on a outstanding bench warrant pending against me from this jurisdiction adversely affect the conditions of his incarceration, and does not allow him to participation in certain rehabilitative programs such as, furlough programs, CTC placement, Halfway House, in many more programs this institution got to offer. Basically, the warrant hold(s) are now prejudicial against defendant from pursuing a normal program such a community custody status.

Which this Honorable Court has jurisdiction to demand a complete violation without the defendant appearing in person to violate his condition to his probation violation, and also

have the jurisdiction to run his sentence concurrently with his currently sentence. Defendant, pray this Honorable District Court disposition of the untried warrant within (30)days, of the criminal action in your jurisdiction.

Based on the defense(s) Sixth Amendment Right defendant knowing his guarantee to the Constitution Rights which is defendant want to waiver that opportunity of his is Due Process Clause of Fourteenth Amendment. See Klopfer v North Carolina 386 u.s. 213, 222-23 (1967); Smith v Hooey, 393 u.s. 374 (1969).

## CONCLUSION

Defendant Kevin M Cobbs, respectfully submitted PRAYS this Honorable District Court GRANTED relief on the defendant behalf, to impose a concurrent sentence to run concurrent with his Superior Court. Defendant acknowledge and understand his condition by waive his right before this Honorable Court.... Defendant prays this Honorable Court granted his request.

Respectfully Submitted

_Kevin Cobbs_

Kevin M. Cobbs #23668-016

United States Penitentiary Victorville

P.O. BOX 3900

Adelanto Ca. 92301

# CERTIFICATE OF SERVICE

I, _Kevin Cobbs_, HEREBY CERTIFY UNDER PENALTY OF PERJURY PURSUANT TO TITLE 28 §1746 THE AFORESAID TO BE TRUE AND CORRECT, AND A COMPLETE COPY OF THE FOLLOWING MOTION TO THE COURT:

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

and depositied same in the Legal Mail Depository for the United States Post Office, at the United States Pennitentiary; Signed on this _23rd_ day of _January_, _2014_.

CERTIFIED SLIP NUMBER
_7013  1096  0000  2725  8623_

SUBSCRIBED AND SWORN BEFORE ME
THIS __19__ DAY __Jan__ 20__14__
FEDERAL CORRECTIONAL COMPLEX, VICTORVILLE, CA
SAN BERNARDINO COUNTY
_____
CASE MANAGER
AUTHORIZED BY ACT OF CONGRESS JULY 7, 1955
TO ADMINISTER OATHS
(TITLE 18, U.S.C. SECTION 04)

Respectfully Submitted,

_Kevin Cobbs_
PETITIONER PRINTED NAME

_Kevin Cobbs_
PETITIONER SIGNATURE

REG. NO. _23668-016_

USP VICTORVILLE, PO BOX 3900
ADELANTO, CAL. 92301

NAME: KEVIN COBBS
REG #: 23668-016
UNITED STATES PENITENTIARY - VICTORVILLE
P.O. BOX 3900
ADELANTO, CA 92301



OFFICE OF The CLERK
For The District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

20001$2899